In the Matter of FRED A. HEALEY, Respondent, against JOHN BAZINET, Mayor of the City of Glens Falls, et al., Constituting the Board of Public Safety of Said City, Appellants.

Argued April 8, 1943; reargument ordered July 20, 1943.

*C. E. Fitzgerald* and *Thomas J. McCarthy* for appellants.
*Frank Hurley* for respondent.

Reargument ordered and argument set for first week in October next. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.